1
2
3
4
5
6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  IN RE RODERICK R. RIGHTMIRE,    )   No. C 12-06213 EJD (PR)
                                   )
9              Plaintiff.          )   ORDER OF DISMISSAL
                                   )
10                                 )
                                   )
11                                 )
                                   )
12                                 )
                                   )
13                                 )
   _____)
14

15   On December 7, 2012, Plaintiff filed a letter that was construed as an action
16 pursuant to 42 U.S.C. § 1983.  On the same day, the Clerk sent Plaintiff a notice that he
17 had not file an In Forma Pauperis ("IFP") application or a proper complaint and they
18 needed to be filed within thirty days or else the case would be dismissed.  (Docs. No. 2,
19 3.)  The deadline has passed and Plaintiff has not filed the required documents.
20 Accordingly, Plaintiff's case is DISMISSED.
21   The Clerk shall terminate any pending motions and close the file.
22
23 DATED:  2/4/2013                          _____
                                             EDWARD J. DAVILA
24                                           United States District Judge
25
26
27
28

Order of Dismissal
06213Rightmire_disms-ifp.wpd            1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK RIGHTMIRE,<br><br>           Plaintiff,<br><br>   v.<br><br>// et al,<br><br>           Defendant._____/ | Case Number: CV12-06213 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roderick Richard Rightmire
SPRINGFIELD
MEDICAL CENTER/FEDERAL PRISONERS
Inmate Mail/Parcels
P.O. BOX 4000
SPRINGFIELD, MO 65801

Dated: February 6, 2013

           Richard W. Wieking, Clerk
           /s/ By: Elizabeth Garcia, Deputy Clerk